**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

BLESSING ISIGUZO,

          Petitioner,

    v.

MARKWAYNE MULLIN, solely in his
capacity as Secretary of Homeland
Security,[1] and JOSEPH B. EDLOW, solely
in his capacity as Director of United States
Citizenship and Immigration Services,

          Respondents.

Civil Action No. 1:25-cv-01590 (MAD/DJS)

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as counsel for the parties hereto, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, the above-entitled action is hereby voluntarily dismissed, with prejudice, against Respondents Markwayne Mullin, solely in his capacity as Secretary of Homeland Security, and Joseph B. Edlow, solely in his capacity as Director of United States Citizenship and Immigration Services, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or fees as against any party.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Markwayne Mullin, Secretary of the Department of Homeland Security, should be substituted as a party for his predecessor in office.

Dated: 3/26 , 2026

*Frederick P. Korkosz* (signature)

Frederick P. Korkosz, Esq.
*Attorney for Petitioner*
The Colwell Law Group
20 Great Oaks Boulevard, Suite 224
Albany, NY 12203

Dated: ___ March 26 , 2026

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: *Emer M. Stack* (signature)

Emer M. Stack
*Attorney for Respondents*
Assistant United States Attorney
100 South Clinton Street
Syracuse, New York 13261
Bar Roll No. 700843

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: ___ March 31, 2026 _____
        Albany, NY